[No. 45540-4-II.  Division Two.  March 1, 2016.]

*In the Matter of the Personal Restraint of* PAUL ANDREW GEIER, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 45764-4-II.  Division Two.  March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOB M. EDWARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04068-2, John A. McCarthy, J., entered January 6, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 45923-0-II.  Division Two.  March 1, 2016.]

HAROLD BIRCUMSHAW, *Appellant*, v. THE WASHINGTON STATE HEALTH CARE AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-07068-1, John R. Hickman, J., entered January 13, 2014. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ. Now published at 194 Wn. App. 176.

[No. 46557-4-II.  Division Two.  March 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN S. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00410-1, Marilyn K. Haan, J., entered July 24, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Maxa and Sutton, JJ. Now published at 193 Wn. App. 215.